IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RONALD EUGENE LEESE<br>A/K/A RONALD E. LEESE<br>BRANDY LYNN LEESE<br>A/K/A BRANDY L. LEESE<br>Debtors | CHAPTER 13<br><br>BK. NO. 09-19994 SR |

### ORDER

AND NOW, this 26TH day of MAY 2010, it is hereby

**ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
STEPHEN RASLAVICH, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O BOX 4010
READING, PA 19606

JOHN A. DIGIAMBERARDINO, ESQUIRE
845 NORTH PARK ROAD, SUITE 101
WYOMISSING, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RONALD EUGENE LEESE
A/K/A RONALD E. LEESE
6 TOWER DRIVE
ELIZABETHTOWN, PA 17022-8320

BRANDY LYNN LEESE
A/K/A BRANDY L. LEESE
6 TOWER DRIVE
ELIZABETHTOWN, PA 17022-8320